FILED
RECEIVED
MAR 28 2000

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR-00-0047-TUC-RCC |
| -vs- | ) | **O R D E R** |
| 1. William Scott Fusci, | ) | |
| Defendant. | ) | |

Based upon Defendant Fusci's Request for Disclosure filed on March 22, 2000, and good cause appearing,

IT IS HEREBY ORDERED that this matter be set for a hearing on the _14_ day of _April_, 2000 at _10_ _a_ M.

DATED this _23_ day of March, 2000.

_____
HON. RANER C. COLLINS

PO
PSA
RCC
M Bloom
T. Reed
J. Stuehringer
USA - Mosher

(55)

LAW OFFICES OF
MICHAEL J. BLOOM, P.C.
SUITE 701
100 NORTH STONE AVENUE
TUCSON, ARIZONA 85701
TELEPHONE (520) 882-9904