IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)   **CRIMINAL MINUTES**

| | | |
|---|---|---|
| 00 / 47 / 10 | Date: March 22, 2002 | |
| Yr   Case No.  Dft# | | |

_X_ Hon. RANER C. COLLINS   #7024

USA v. BOSWELL, ROBERT RANDALL
Last Name   First Name   Middle Name

DEFENDANT: _X_ Present ___ Not Present ___ Released _X_ Custody ___ Writ

Deputy Clerk: Maureen Gorski          Crt Rptr: Bonnie Brunotte

U. S. Atty: Anne Mosher               Dft Atty: Paul Bates
                                      _x_ pres   _x_ appt.   ___ ret'd
=================================================================

**PROCEEDINGS:**   _XX_ Open Court   ___ Chambers   ___ Other

FURTHER HEARING ON DEFENDANT'S MOTIONS:

Counsel present arguments to the Court.

**IT IS ORDERED GRANTING** Government's Motion to Quash subpoenas (#980).

The Court sees nothing on the record that the Government is being arbitrary or capricious in refusing to grant a 5K1.1 motion and the Court further finds that it is not being done for discriminatory reasons, therefore, the Defendant's Motion to Compel specific performance, an order requiring Government to file motion for downward departure, and request for evidentiary hearing is **DENIED** (#968) At the request of defense counsel as indicated on his Motion to Compel (#968), **IT IS FURTHER ORDERED SEALING** defendant's Motion to Compel (#968) and Government's reply thereto (#975)

Mr. Bates oral motion to continue hearing on motion to withdraw (#880) is **GRANTED** and reset to **FRIDAY, MARCH 29, 2002 at 10:45 a.m.** Defense counsel is directed to meet with the defendant prior to that time. Government states that if defense counsel has any questions they are available to discuss the matter. Mr. Boswell, on the record, gives permission to his current counsel, Mr. Bates, to speak with his prior counsel, Mr. Bickart if the need arises.

cc: USA-MOSHER, BATES, PO, RCC            (984)