IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
                              )    NO. CR- 00-00047-TUC-RCC — 2
           Plaintiff, )
                              )    ORDER CONTINUING
     vs. )    SENTENCING DATE
                              )
RANDY DAVID ROMERO, )
                              )
          Defendant. )
                              )

Based upon the foregoing Motion to Continue Sentencing, good cause appearing, and no objection, IT IS HEREBY ORDERED that the sentencing date of November 4, 2002 is VACATED and reset to the _31st_ day of ~~December~~/January, ~~2002~~ _2003_, at the hour of _8:40_ o'clock.

DATED this _5th_ day of ~~October~~ _November_, 2002.

_____
THE HONORABLE RANER C. COLLINS

Copy of the foregoing Order to Continuing Sentencing
provided this _31st_ day of October, 2002, to:

THE HONORABLE RANER C. COLLINS
United States District Court

ANNE MOSHER
Assistant United States Attorney

JILL CHANTENGCO
United States Probation

CLAY HERNANDEZ
Attorney for Defendant Romero